# LEASON ELLIS

One Barker Avenue
Fifth Floor
White Plains, New York 10601-1526
t: 914.821.3078
f: 914.288.0023

July 10, 2012

Andie Schwartz
Schwartz@LeasonEllis.com

**BY HAND**

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

                RE:    *New World Solutions, Inc. v. NameMedia, Inc.*,
                        Civil Action No. 11-cv-02763 (KMK)(LMS)

Dear Judge Karas:

      I write to advise the Court that I am leaving private practice to become in-house counsel and will no longer be associated with Leason Ellis as of today. As such, I respectfully request that I be allowed to withdraw as counsel of record for Defendant NameMedia, Inc. in the above-referenced matter. NameMedia, Inc. will continue to be represented by Leason Ellis in this case by other attorneys of record, including, but not limited to, Cameron S. Reuber, and my withdrawal will not affect our client's representation or any case deadlines. Should you have any questions regarding this request, please contact me at (973) 432-9508 or Cameron Reuber at (914) 821-3075.

      It has been an honor to practice before you; I wish you an enjoyable remainder of your summer.

                                          Sincerely yours,

                                          Andie Schwartz

SO ORDERED
KENNETH M. KARAS U.S.D.J.
7/11/12

{AMS\MISC\00189304.1}